UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v.- | 23 Crim. 004 (JHR) |
| MARTIN HANDLER et al., | ORDER |
| Defendants. | |

JENNIFER H. REARDEN, District Judge:

IT IS HEREBY ORDERED that Defendants' arraignments will be conducted on January 19, 2023 at 12:15 PM in Courtroom 15A, 500 Pearl Street, New York, NY, 10007.  Immediately following the arraignments, an initial conference will be held.  At the conference, a trial date will be chosen.  After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to Defendants, the Court will consult the parties regarding the scheduling of the trial.  Once a trial date is selected, a schedule for motions and the exchange of expert statements will be set, and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

IT IS FURTHER ORDERED that counsel for the Government and Defendants will consult in advance of the conference to reach agreement, if possible, on a proposed date for the trial.

SO ORDERED.

Dated: January 17, 2023
New York, New York

JENNIFER H. REARDEN
United States District Judge