# NechelesLaw, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia M. Stern  
gstern@necheleslaw.com  
212-997-7400

January 20, 2023

<u>Via ECF</u>  
Hon. Jennifer H. Rearden  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

**Defendant Martin Handler's request is hereby GRANTED.**

**SO ORDERED.**

*/s/ Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.  
Date: Jan. 20, 2023

Re: *United States v. Martin Handler,* 23-cr-04

Dear Judge Rearden:

    We respectfully write, with the consent of the government, to request an extension of time for Mr. Martin Handler to comply with his final bail condition.

    At Mr. Handler's presentment, he was released on a million-dollar bail bond. He was given until today to comply with certain additional conditions: (1) find two sureties to co-sign his bond; (2) place a lien on his home to fully secure his bond; and (3) remove himself as signatory on all New York City Early Learning bank accounts and provide proof of that to the U.S. Attorney's Office. Dkt. #14.

    Mr. Handler has complied with the first two conditions in full. He has also provided the bank with the necessary paperwork to remove himself as signatory on all New York City Early Learning bank accounts and to be replaced as signatory by a third party. At this point, he is waiting for the bank to complete that process and supply him with proof of that change.

    Because this process is now out of his hands, we respectfully request that the Court grant an extension until Wednesday, January 25th, for Mr. Handler to comply with this third and final bail condition. I have spoken to AUSA Bracewell and she graciously consented to this request.

Respectfully submitted,

/s/

Gedalia M. Stern

Cc: AUSA Mollie Gracewell (via ECF)  
    AUSA Daniel Wolf (via ECF)