USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v.-

MARTIN HANDLER, MENACHEM LIEBERMAN, HAROLD SCHWARTZ, ISIDORE HANDLER, and BEN WERCZBERGER,

      Defendants.

---

23 Crim. 4 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

  The conference currently scheduled for February 17, 2023 at 11:00 AM will be held in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

  SO ORDERED.

Dated: February 13, 2023
    New York, New York

                 *Jennifer H. Rearden*
                JENNIFER H. REARDEN
                United States District Judge