USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>MARTIN HANDLER, et al.,<br><br>                Defendants. | 23 Crim. 4 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    Defendant Martin Handler, his counsel, and the Government shall appear for a Curcio Hearing on March 22, 2023 at 11:00 a.m.

    Defendant Menachem Lieberman, his counsel, and the Government shall appear for a Curcio Hearing on March 22, 2023 at 2:00 p.m.

    SO ORDERED.

Dated: March 16, 2023
       New York, New York

                                                      _____
                                                      JENNIFER H. REARDEN
                                                      United States District Judge