UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/3/2023__

UNITED STATES OF AMERICA,

-v.-

MARTIN HANDLER, et al.,

Defendants.

23 Crim. 4 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

The April 4, 2023 *Curcio* hearing for Martin Handler is hereby adjourned *sine die*.

SO ORDERED.

Dated: April 3, 2023
New York, New York

JENNIFER H. REARDEN
United States District Judge