USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

MARTIN HANDLER, et al.,

                Defendants.

23 Crim. 4 (JHR)

SCHEDULING ORDER

JENNIFER H. REARDEN, District Judge:

    A status conference will take place on April 18, 2023 at 1:30 PM in Courtroom 12B, 500 Pearl Street, New York, NY 10007.

    Counsel for the Government and for Defendants shall consult in advance of the conference to reach agreement, if possible, on a proposed date for trial.

    SO ORDERED.

Dated: April 11, 2023
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge