USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

MARTIN HANDLER, et al.,

                Defendants.

23 Crim. 4 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

It is hereby ORDERED that:

1. Trial will commence on January 9, 2024 at 10:00 AM.

2. Defendants' pretrial motions are due August 30, 2023, with the Government's responses due September 13, 2023, and Defendants' replies, if any, due September 20, 2023.

3. Any motions *in limine* or trial memoranda, as well as proposed *voir dire* questions, proposed jury instructions, and proposed verdict forms, shall be filed by December 4, 2023. Any oppositions to motions *in limine* or trial memoranda shall be filed by December 18, 2023. The parties are directed to Rule 8 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and materials pursuant to 18 U.S.C. § 3500.

4. Any motions to sever are due December 4, 2023, with responses due December 18, 2023.

5. A final pretrial conference will be held on December 28, 2023 at 11:30 AM. The conference will occur in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

6. The May 17, 2023 status conference is cancelled. By May 4, 2023, the Government shall file a letter informing the Court whether it seeks to exclude time under the Speedy Trial Act between May 17, 2023 and January 9, 2024. The letter shall indicate the bases for, as well as whether Defendants consent to, the requested exclusion.

SO ORDERED.

Dated: May 1, 2023
New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge