U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2023
```

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Martin Handler, et al*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

The Government writes pursuant to the Court's May 1, 2023 Order (ECF No. 87) setting a trial date in the above-captioned matter for January 9, 2024. The Government respectfully requests that the time between May 17, 2023, and January 9, 2024, be excluded under the Speed Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice so that the defendants can review discovery, prepare pretrial motions, and prepare for trial, and so the parties can discuss potential pretrial dispositions. All defendants have consented to this exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/_____
    Jacob Fiddelman
    Catherine Ghosh
    Daniel H. Wolf
    Assistant United States Attorneys
    (212) 637-1024 / 1114 / 2337

cc: All Counsel of Record

The Government's application on consent is GRANTED. To allow for the continued review of discovery, the preparation of pretrial motions, preparation for trial, and discussion of potential pretrial dispositions, the time between May 17, 2023 and January 9, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds the exclusion to be in the interests of justice and to outweigh the best interests of the public and the Defendants in a speedy trial.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: May 5, 2023