UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v.-

MARTIN HANDLER, et al.,

                Defendants.

---

23 Cr. 4 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Upon review of the letter-motion of Defendants Martin Handler, Menachem Lieberman, Ben Werczberger, and Isidore Handler, dated August 23, 2023 (ECF No. 117), and the Government's response, dated August 24, 2023 (ECF No. 119), IT IS HEREBY ORDERED that:

1. Except for Martin Handler's anticipated motion to suppress, *see* ECF No. 117 at 2, the deadline for Defendants' pretrial motions is hereby adjourned *sine die*, pending the filing of a superseding indictment or notice from the Government that it will no longer be seeking a superseding indictment.

2. Consistent with the Court's May 1, 2023 Order (ECF No. 87), Martin Handler's motion to suppress shall be filed by August 30, 2023, with the Government's response due September 13, 2023, and Handler's reply, if any, due September 20, 2023.

3. All other deadlines and dates in the May 1 Order, including the date for trial, remain in place.

4. This Order also applies to Defendant Harold Schwartz.

SO ORDERED.

Dated: August 25, 2023
       New York, New York

                                                JENNIFER H. REARDEN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2023