# Necheles Law, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia Stern  
gms@necheleslaw.com  
212-997-7400

September 20, 2023

**Via ECF**  
Hon. Jennifer H. Rearden  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York NY 1007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 9/20/2023

Re: *United States v. Martin Handler, et al,* 23-cr-04

Dear Judge Rearden:

    We write to respectfully request a two-day extension of the deadline to file Mr. Handler's reply in support of his motion to suppress the search warrants in his case.

    As Your Honor knows, the government filed its opposition to Mr. Handler's motion to suppress on September 13 and the current deadline for Mr. Handler's reply is today. Due to the Jewish holidays over the last week, however, we lost a few days to work on the reply and therefore request a two-day extension until this Friday to file our reply.

    We have spoken to AUSAs in this case, and they inform us that they have no objection to this request.

.

Respectfully submitted,

/s/

Gedalia M. Stern  
Susan R. Necheles

cc: AUSA Daniel Wolf (via ECF)  
    AUSA Jacob Fiddelman (via ECF)  
    AUSA Catherine Ghosh (via ECF)

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 138.

SO ORDERED.

*Jennifer H. Rearden*  
Jennifer H. Rearden, U.S.D.J.  
Date: Sept. 20, 2023