UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

MARTIN HANDLER, et al.,

Defendants.

23 Cr. 00004 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On August 25, 2023, the Court adjourned the deadline for Defendants' pretrial motions *sine die*, pending the filing of a superseding indictment or notice from the Government that it would no longer be seeking a superseding indictment.  See ECF No. 120.  On September 12, 2023, the Government filed a superseding indictment as to Martin Handler, Menachem Lieberman, Harold Schwartz, and Ben Werczberger.  See ECF No. 129.[1]  Accordingly, the Court resets the pretrial motions deadlines as follows:  Defendants M. Handler, Lieberman, Schwartz, and Werczberger's respective pretrial motions shall be due **November 10, 2023**; the Government's responses shall be due **November 24, 2023**; and Defendants' replies, if any, shall be due **December 1, 2023**.

SO ORDERED.

Dated: October 10, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

---

[1] On September 6, 2023, Isidore Handler pled guilty to a one-count superseding information.  See ECF Nos. 136, 137.  In addition, the superseding indictment filed on September 12 added a new defendant, Arie Rangott.  Neither is subject to this Order.