UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>MARTIN HANDLER and ISIDORE HANDLER,<br><br>                              Defendants. | 23 Cr. 00004 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On October 4, 2023, Defendants Martin and Isidore Handler requested temporary modification of their bail conditions to permit them to travel to Israel from October 15 to October 18, 2023.  ECF No. 152.  The Court denied Defendants' application without prejudice to renewal upon the provision of additional information, as well as a proposal for temporary enhancements to Defendants' bail conditions.  ECF No. 153.

In light of the developments in Israel since October 7, 2023 and, in particular, the challenges associated with outbound travel, Defendants' application is denied without leave to renew.

SO ORDERED.

Dated: October 12, 2023
       New York, New York

                                              _____
                                              JENNIFER H. REARDEN
                                              United States District Judge