# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2024

December 28, 2023

Via ECF
Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Susan Necheles and Gedalia Stern as counsel for Defendant Martin Handler. The Clerk of Court is further directed to terminate ECF No. 192. SO ORDERED.

*Jennifer H. Rearden, U.S.D.J.*
Dated: January 3, 2024

Re: *United States v. Martin Handler, et al.,* No. 23-CR-004 (JHR)

Dear Judge Rearden:

We respectfully write, pursuant to Local Civ. R. 1.4, to seek to be relieved from representing Mr. Handler in this case.

Mr. Handler has retained new counsel, Mark Harris and Hadassa Waxman of Proskauer, to represent him in this matter. *See* Dkt. # 181, 182. This case is not scheduled to go to trial until July 2024, and so our withdrawal will not affect nor delay this case.

We have provided a copy of this letter motion to both Mr. Handler and his new counsel. We are asserting a retaining lien in this matter.

Respectfully submitted,

/s/

Susan Necheles
Gedalia Stern

Cc: AUSA Daniel Wolf (via ECF)
    AUSA Catherine Ghosh (via ECF)
    AUSA Jacob Fiddelman (via ECF)
    Mark Harris (via email and ECF)
    Hadassa Waxman (via ECF)
    Martin Handler (via email)