**Proskauer**»

January 11, 2024

Via ECF

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.  Defendant Martin Handler's bail conditions are hereby modified to permit him to travel to Ohio on Tuesday, January 16, 2024 and return to New York on or before Wednesday, January 17, 2024.  Defendant shall provide his Pretrial Services Officer with his itinerary prior to traveling. All other conditions of bail shall remain in effect.  The Clerk of Court is directed to terminate ECF No. 196. SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated: January 12, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1/12/2024

Mark D. Harris
Member of the Firm

d +1.212.969.3530
f 212.969.2900
MHarris@proskauer.com
www.proskauer.com

Re:   *United States v. Martin Handler*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

We respectfully request permission for Mr. Martin Handler to travel to Ohio next week on business, leaving Tuesday, January 16, and returning the same day or the following day.  The Government has informed us that it defers to the views of Pretrial Services, and Pretrial Services informs us that it has no objection.  Mr. Handler will provide Pretrial Services with an itinerary of his travel.

We thank the Court for its consideration and are prepared to provide any additional information that may be helpful.

Respectfully submitted,

/s/ Mark Harris
Mark Harris
Hadassa Waxman
Counsel to Martin Handler

cc:   Daniel Wolf, AUSA
Jacob Fiddelman, AUSA
Catherine Ghosh, AUSA
Meherun Mayer, USPO