UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23 Cr. 00004 (JHR) |
| -v.- | ORDER |
| MARTIN HANDLER, | |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that Defendant Martin Handler may wish to enter a change of plea. Accordingly, on **Tuesday, March 12, 2024** at **10:15 a.m.**, a plea proceeding will take place in Courtroom 12B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: March 7, 2024
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge