UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>MARTIN HANDLER,<br><br>Defendant. | 23 Cr. 00004 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Defendant Martin Handler's change-of-plea proceeding will take place on **March 15, 2024** at **10:30 a.m.** in Courtroom 12B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: March 13, 2024
        New York, New York

 

*[signature]*
JENNIFER H. REARDEN
United States District Judge