```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
UNITED STATES OF AMERICA                  :
                                          :   CONSENT PRELIMINARY ORDER
         - v. -                           :   OF FORFEITURE/
                                          :   MONEY JUDGMENT
                                          :
MARTIN HANDLER,                           :   S2 23 Cr. 004 (JHR)
                                          :
                  Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2024

WHEREAS, on or about September 8, 2023, MARTIN HANDLER (the "Defendant"), among others, was charged in six counts of an eight-count Sealed Superseding Indictment, S2 23 Cr. 004 (JHR) (the "Indictment"), with conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 1349 (Count One); conspiracy to defraud the United States in violation of Title 18, United States Code, Section 371(Count Three); conspiracy to falsify documents and records in violation of Title 18, United States Code, Section 371(Count Four); theft of government funds in violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2 (Counts Five and Seven); and conspiracy to commit money laundering in violation of Title 18, United States Code, Section 1956(h) (Count Six);

WHEREAS, the Indictment included a forfeiture allegation as to Counts Five and Seven of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts Five and Seven, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Counts Five and Seven of the Indictment, and certain property listed in the Indictment;

WHEREAS, on or about March 15, 2024, the Defendant pled guilty to Counts Three, Five, and Seven of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts Five and Seven of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to $1,156,068.10 in United States currency, representing proceeds traceable to the commission of the offenses charged in Counts Five and Seven of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $1,156,068.10 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts Five and Seven of the Indictment, that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts Five and Seven of the Indictment, that the Defendant personally obtained, cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Daniel H. Wolf and Catherine Ghosh, of counsel, and the Defendant, and his counsel, Mark Harris, Esq., and Hadassa Waxman, Esq., that:

1. As a result of the offenses charged in in Counts Five and Seven of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $1,156,068.10 in United States currency (the "Money Judgment"), representing the amount proceeds traceable to

the offenses charged in Counts Five and Seven of the Indictment, that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, MARTIN HANDLER and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance & Money Laundering Unit, 26 Federal Plaza, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____    3/15/24
Daniel H. Wolf / Catherine Ghosh           DATE
Assistant United States Attorneys
Southern District of New York


MARTIN HANDLER

By: _____    3-15-24
MARTIN HANDLER                             DATE


By: _____    3-15-24
Mark Harris, Esq.                          DATE
Hadassa Waxman, Esq.
Proskauer Rose LLP
Attorneys for Defendant


SO ORDERED:

_____    3/15/2024
HONORABLE JENNIFER H. REARDEN        DATE
UNITED STATES DISTRICT JUDGE