UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> -v.- <br><br> MARTIN HANDLER and ISIDORE HANDLER, <br><br>                    Defendants. | 23 Cr. 004 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

Having carefully reviewed the submissions filed by Defendant Martin Handler, Defendant Isidore Handler, the Government, and Probation (ECF Nos. 211, 212, 215, 216, 221, 226, 256, 257, 274, 281, 287, 288, 304, 306, 308, 314, 316), the Court hereby ORDERS that I. Handler's sentencing shall follow M. Handler's sentencing.

I. Handler's sentencing is adjourned to **July 1, 2024** at **2:00 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: June 16, 2024
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge