UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v.-<br><br>MARTIN HANDLER and ISIDORE HANDLER,<br><br>                              Defendants. | 23 Cr. 004 (JHR)<br><br><u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

Before the Court is the application of interested party New York City Early Learning Company, Inc. ("NYCELC") seeking restitution pursuant to the Mandatory Victims Restitution Act, 18 U.S.C. § 3663A. The application, brought more than two months after M. Handler's plea hearing where the payment of restitution was expressly addressed, is now fully briefed. *See* ECF Nos. 290, 307, 309, 317, 320, 342, 343.

The Court has determined that NYCELC's application raises material factual questions that necessitate an evidentiary hearing. Those factual issues bear not only on the identity of the victim(s) and the amount of restitution, but also potentially on other aspects of M. Handler's sentence. Accordingly, the Court will hold the hearing prior to sentencing M. Handler.

In view of the foregoing, M. Handler's sentencing and, concomitantly, I. Handler's sentencing (*see* ECF No. 329), are hereby adjourned *sine die* pending completion of the evidentiary hearing. On **June 26, 2024 at 11:30 a.m.**, NYCELC, M. Handler, and the Government shall appear for a conference regarding scheduling and other logistical matters relating to the hearing. The conference will take place in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Any other Defendants in 23 Cr. 004 who wish to attend may do so.

SO ORDERED.

Dated: June 24, 2024
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge