

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 24, 2024

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 349.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: June 25, 2024

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Marin Handler*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

Pursuant to the Court's Individual Rules and Practices in Criminal Cases, the Government respectfully requests permission to file on the public docket redacted versions of Exhibits M, P, Q, and S to the Government's sentencing submission of today (ECF No. 348). The proposed redactions are intended to protect the identities of non-party witnesses. *See, e.g.*, *U.S. Sec. & Exch. Comm'n v. Ahmed*, No. 3:15 Civ. 675 (JBA), 2018 WL 4266079, at *3 (D. Conn. Sept. 6, 2018) (finding that non-party's confidentiality interest "substantially outweigh[ed] the public's right of access" and granting motion to seal). Contemporaneous to the filing of this letter, the Government will provide the Court and defense counsel via email with unredacted copies of these exhibits highlighting the pertinent information that has been redacted.

Additional redactions applied to the foregoing exhibits and others accompanying the Government's sentencing submission fall within the categories information for which Court approval is not required.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for
the Southern District of New York

By:   _____/s/_____
Catherine Ghosh/ Stephanie Simon / Daniel H. Wolf
Assistant United States Attorneys
(212) 637-1114 / 2581 / 2337

cc:  Counsel of Record (via ECF)