UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>MARTIN HANDLER,<br><br>                    Defendant. | 23 Cr. 004 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

By August 20, 2024, the parties shall inform the Court whether the sentencing proceeding for Defendant Martin Handler may take place on September 19, 2024 at 11:30 a.m.

SO ORDERED.

Dated: August 13, 2024
       New York, New York

JENNIFER H. REARDEN
United States District Judge