

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 21, 2024

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 454. SO ORDERED.

*Jennifer H. Rearden, U.S.D.J.*
Dated: August 21, 2024

Re:   *United States v. Martin Handler*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

      On August 14, 2024, the Court directed the Government to respond by August 23, 2024, to certain issues related to the pending application by New York City Early Learning Company, Inc. ("NYCELC") to be deemed a victim of the offense. (Dkt. 446.) Due to, among other things, travel this week by one of the undersigned, the Government respectfully writes, with the consent of NYCELC and defendant Martin Handler, to request a one-week adjournment of the Government's deadline, to August 30, 2024.[1]

                                           Respectfully submitted,

                                           DAMIAN WILLIAMS
                                           United States Attorney for
                                           the Southern District of New York

                  By:       /s/
                        Catherine Ghosh
                        Stephanie Simon
                        Daniel H. Wolf
                        Assistant United States Attorneys
                        (212) 637-1114 / 2581 / 2337

cc: Counsel of Record (via ECF and email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2024

---

[1] As Hander's sentencing is expected to be scheduled for October 2, 2024 (Dkt. 451), even with the requested adjournment the Government's response will be filed over a month before sentencing.