UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

MARTIN HANDLER,

                Defendant.

23 Cr. 004 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      The sentencing proceeding for Defendant Martin Handler shall take place on **October 2, 2024** at **11:30 a.m.** in Courtroom 12B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: August 28, 2024
       New York, New York

                                            JENNIFER H. REARDEN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2024