UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>MARTIN HANDLER,<br><br>                    Defendant. | 23 Cr. 004 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On September 12, 2024, the Court directed the Government and interested party New York City Learning Company, Inc. ("NYCELC") to respond to several questions regarding NYCELC's application for restitution.  *See* ECF No. 470.  The Government's submission expressly identifies or otherwise references certain materials that have not been made available to the Court.  *See* ECF No. 474.  By **September 25, 2024**, the Government shall produce the following:

1. the "documents obtained from [Defendant Martin] Handler's computer and email accounts," *id.* at 3, including:

    a. the February 2022 email from an NYCELC accountant to M. Handler and the "related spreadsheet," *id.*; and

    b. the November 2022 and December 2022 "profit and loss analys[e]s for NYCELC's EHS-CCP business segment," *id.*

2. the documents pertaining to the "non-exhaustive list of individuals" who purportedly "played a role in Handler's misapplying funds,"[1] *id.* at 6, including:

    a. the February 8, 2021 email from M. Handler to NYCELC's Controller, *id.*;

    b. the March 12, 2021 email from NYCELC's Accounts Payable Clerk to

---

[1] The Government may produce the documents in redacted, sealed, and/or excerpted form to the extent required by Department of Justice policies and practices.  *See* ECF No. 474 at 6 n.2.

NYCELC's Controller, *id.*;

c. the April 2022 communications from NYCELC's Chief Financial Officer to M. Handler's accountant, *id.*; and

d. the communications involving NYCELC's Director of Operations and a vendor regarding an alleged "cash payment," *id.* at 7.

SO ORDERED.

Dated: September 23, 2024
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2