Proskauer Rose LLP | 11 Times Square | New York, NY 10036

Mark D. Harris
Member of the Firm
d +1.212.969.3530
f 212.969.2900
MHarris@proskauer.com
www.proskauer.com

November 12, 2024

**Via ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Martin Handler*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

We respectfully request permission for Mr. Martin Handler to travel to Columbus, Ohio next week on business, leaving Monday, November 18, and returning the following day, Tuesday, November 19. The Government has informed us that it defers to the views of Pretrial Services, and Pretrial Services informs us that it has no objection. Mr. Handler will provide Pretrial Services with an itinerary of his travel.

We thank the Court for its consideration and are prepared to provide any additional information that may be helpful.

Respectfully submitted,

/s/ Mark Harris
Mark Harris
Hadassa Waxman
Counsel to Martin Handler

cc:   Daniel Wolf, AUSA
      Catherine Ghosh, AUSA
      Stephanie Simon, AUSA
      Meherun Mayer, USPO

Application GRANTED. Defendant Martin Handler's conditions of release are hereby modified to permit travel to Columbus, Ohio from November 18 to November 19, 2024. All other conditions of release shall remain in effect.

The Clerk of Court is directed to terminate ECF No. 529.

SO ORDERED.

*Jennifer H. Rearden* (signature)
Jennifer H. Rearden, U.S.D.J.
Dated: November 12, 2024