

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

The Government, in conjunction with the Bureau of Prisons, shall state its position by **June 19, 2025**.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: June 16, 2025



Hadassa Waxman
Member of the Firm
d +1.212.969.3040
f 212.969.2900
HWaxman@proskauer.com
www.proskauer.com

June 16, 2025

<u>**Via E-MAIL and ECF**</u>

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: <u>*United States v. Martin Handler*</u>, 23 Cr. 004 (JHR)

Dear Judge Rearden:

  We respectfully submit this letter to seek the Court's assistance in ensuring that during his incarceration, Mr. Handler is provided with the medication prescribed by his doctor, *lisdexamfetamine dimesylate*, also known as Vyvanse, to treat his severe Attention-Deficit and Hyperactivity Disorder (ADHD).

  Mr. Handler has been taking 70 milligrams of Vyvanse since in or about 2022, which has successfully treated his symptoms. The Federal Prison Camp in Montgomery, Alabama, the Bureau of Prisons facility where Mr. Handler is incarcerated, has refused to provide him with Vyvanse for reasons that have not been explained to him, and instead has offered 80 milligrams of Atomoxetine, which does not contain at same active ingredients as Vyvanse. The Atomoxetine has not been effective in treating Mr. Handler's disorder, and as a result, he is suffering from extreme depression and fatigue, and is unable to focus on the tasks required of him.

  We appreciate that the Court may be reluctant to intervene in such internal Bureau of Prisons matters. Nevertheless, we believe this issue is crucial to Mr. Handler's well-being and successful adjustment to the correctional facility. As such, we respectfully request that Your Honor order the BOP medical staff at the Camp in Montgomery to provide Mr. Handler 70 milligrams of Vyvanse daily to treat his ADHD.

**Proskauer**

The Honorable Jennifer H. Rearden
June 16, 2025
Page 2

      We thank the Court for its consideration.

                Respectfully submitted,

                /s/ Mark Harris
                Mark Harris
                Hadassa Waxman
                *Counsel to Martin Handler*

cc:    Daniel Wolf, AUSA
        Stephanie Simon, AUSA
        Catherine Ghosh, AUSA