UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GRAND JURY SUBPOENAS DATED
JANUARY 11, 2023 AND JUNE 28, 2023

23 Cr. 004 (JHR)

ORDER (SEALED)

JENNIFER H. REARDEN, District Judge:

The Government moves for an order compelling Project Social Care Head Start, Inc. ("PSCHS") and ███████████████ ("███████")[1] to comply with two grand jury subpoenas served on or about January 11, 2023 and June 28, 2023, respectively (collectively, the "Subpoenas"). As relevant here, the Subpoenas call for the production of documents and associated communications (the "Subject Materials") between PSCHS and ███████ that were created, sent, or received between December 7, 2021 and January 11, 2023 pertaining to PSCHS's response to (1) a December 7, 2021 inquiry from the U.S. Department of Health and Human Services ("HHS"); and (2) a whistleblower retaliation investigation of PSCHS by the HHS Office of Inspector General in or around August and September 2022. Neither PSCHS nor ███████ has opposed or otherwise responded to the motion.

Upon careful consideration of the Government's motion, including all documentary support, the Court concludes that PSCHS is a defunct entity for purposes of attorney-client privilege such that PSCHS no longer retains the protections of the privilege, if any, over the Subject Materials. As to any claim for work-product protection, PSCHS and ███████ "ha[ve] provided no support whatsoever . . . to assert work product protection with respect to any

---

[1] After the Government filed the instant motion, ███████████████ changed its name to ███████████. To maintain consistency between the Government's filings and this Order, the Court refers to the firm as "███████."

document" and thus "may not rely on the work product doctrine to . . . withhold documents." *S.E.C. v. Carrillo Huettel LLP*, No. 13 Civ. 1735 (GBD) (JCF), 2015 WL 1610282, at *5 n.2 (S.D.N.Y. Apr. 8, 2015).[2]

Accordingly, the Government's motion to compel the production of the Subject Materials is hereby GRANTED. Any Subject Materials shall be produced forthwith pursuant to the Subpoenas. The Court's reasoning for this ruling will be further detailed by separate order.

SO ORDERED.

Dated: June 28, 2024
       New York, New York

*[signature]*
JENNIFER H. REARDEN
United States District Judge

---

[2] Because the foregoing determinations are "fully dispositive with respect to . . . the entities at issue, [the Court] will not reach the [Government's] argument[] [that] . . . . the crime/fraud exception applies." *Carrillo Huettel LLP*, 2015 WL 1610282, at *2.